PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

Report Date: January 9, 2009

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 13 2009

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jack Thomas Lamere                 Case Number: 2:97CR00022-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley

Date of Original Sentence: 10/14/1997                Type of Supervision: Supervised Release

Original Offense: Conspiracy to Possess With Intent to Distribute Methamphetamine, Amphetamine, and Cocaine, 21 U.S.C. § 846; Possession With Intent to Distribute Methamphetamine, 21 U.S.C. § 841(a)(1)

Date Supervision Commenced: 9/22/2008

Original Sentence: Prison - 155 Months; TSR - 60 Months

Date Supervision Expires: 9/21/2013

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

19   You shall complete a mental health evaluation and follow any treatment recommendations. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

## CAUSE

Mr. Lamere completed inpatient treatment for substance abuse at Pioneer Center East on December 11, 2008. The undersigned officer received the Discharge Summary and Continuing Care Plan on December 29, 2008. Included in the plan, along with the recommendation for ongoing outpatient treatment for substance abuse, is the recommendation that Mr. Lamere also see a mental health professional. Mr. Lamere has voiced a desire to be referred to mental health counseling. It is respectfully requested Mr. Lamere's conditions of supervised release be modified to include a mental health component.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   1-9-09

Matthew L Thompson
U.S. Probation Officer

Prob 12B

Re: Lamere, Jack Thomas
January 9, 2009
Page 2

## THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

Jan. 13, 2009
_____
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You shall complete a mental health evaluation and follow any treatment recommendations. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

Witness: _____        Signed: _____
             Matthew L Thompson                                Jack Thomas Lamere
             U.S. Probation Officer                            Probationer or Supervised Releasee

                              January 9, 2009
                                  Date